IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Branch Bank and Trust Company, | C/A No. 3:13-cv-01318-JFA |
| Plaintiff, | |
| vs. | **ORDER** |
| Technology Solutions Inc., Cathy G. Lanier, and Randy D. Lanier, | |
| Defendants. | |

  This matter comes before the court on a request for clarification by Defendant Cathy G. Lanier ("Defendant"). ECF No. 48. Specifically, Defendant seeks clarification on whether Defendant must respond to a motion for summary judgment filed by Plaintiff Branch Bank and Trust Company ("Plaintiff"). *Id.*

  In this foreclosure case, Plaintiff has filed a motion for summary judgment, pursuant to Rule 56 of the Fed. R. Civ. P., on the grounds that there is no genuine dispute of material fact as to the matters raised in the Complaint and that Plaintiff is entitled to judgment as a matter of law. ECF No. 28. The deadline for Defendant to file a response to that motion is **September 9, 2013**.

  Earlier, Defendant filed a motion for summary judgment against Plaintiff. ECF No. 24. Plaintiff has filed a response to Defendant's motion. ECF No. 27. The deadline for Defendant to file a reply to that response is **September 5, 2013**.

  Because Defendant has not designated an attorney, she is proceeding pro se. Therefore, the Clerk sent her by mail an explanation of summary judgment procedure, as well as a copy of relevant excerpts from Rules 12 and 56 of the Federal Rules of Civil Procedure. ECF No. 32.

  Accordingly, this court finds that Defendant's response to Plaintiff's motion for summary judgment and Defendant's reply to Plaintiff's response in opposition to Defendant's motion for summary judgment are due on the dates specified above. Any support for assertions made by

Defendant must be through mechanisms allowed in the Federal Rules of Civil Procedure, including, but not limited to, affidavits and declarations under penalty of perjury under 28 U.S.C. § 1746. Filing a knowingly false affidavit or declaration can result in a fine or imprisonment.

IT IS SO ORDERED.

August 29, 2013　　　　　　　　　　　　　　Joseph F. Anderson, Jr.
Columbia, South Carolina　　　　　　　　　United States District Judge