IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Branch Bank and Trust Company, | ) | C/A No.: 3:13-cv-01318-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Technology Solutions Inc.; | ) | |
| Cathy G. Lanier; and | ) | |
| Randy D. Lanier, | ) | |
| Defendants. | ) | |
| | ) | |

This matter comes before the court on an objection and request for reconsideration filed by Defendants Cathy G. Lanier, Randy D. Lanier, who are proceeding pro se, and Technology Solutions Inc.[1] ("Defendants"). ECF No. 61. Specifically, Defendants submit that this court improperly denied Defendants' motion to extend the deadline to file amended pleadings. *Id.*; ECF No. 57. Plaintiff Branch Bank and Trust Company opposes extending the deadline. ECF No. 63. To the extent Defendants considered their filing as a motion for reconsideration, it is hereby denied. The deadline for motions to amend pleadings remains September 7, 2013.

IT IS SO ORDERED.

September 9, 2013                    Joseph F. Anderson, Jr.
Columbia, South Carolina              United States District Judge

---

[1] On July 3, 2013, this court issued an order denying Defendant Cathy G. Lanier's request to represent Technology Solutions Inc. pro se. ECF No. 19. While the court deemed Technology Solutions Inc. to have appeared in this case up to that point in time, meaning default judgment could not be entered against it by the Clerk of Court, it reminded defendants Cathy G. Lanier and Randy D. Lanier that Technology Solutions Inc. could not be represented pro se moving forward. *Id.*