IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Branch Bank and Trust Company, | ) | C/A No.: 3:13-cv-01318-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Technology Solutions Inc.; | ) | |
| Cathy G. Lanier; and | ) | |
| Randy D. Lanier, | ) | |
| Defendants. | ) | |
| | ) | |

The court directs the parties to this case to attend the Bar Meeting prepared to discuss the defendants' motion for protection and continuance of the trial, and the plaintiff's request for an entry of default judgment. ECF Nos. 97, 107. As previously announced, the Bar Meeting will be held at 10 a.m., Monday, December 16, 2013, in Courtroom IV of the United States District Courthouse, 901 Richland Street, Columbia, South Carolina.

IT IS SO ORDERED.

December 12, 2013                    Joseph F. Anderson, Jr.
Columbia, South Carolina              United States District Judge