IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Branch Bank and Trust Company,<br><br>        Plaintiff,<br><br>vs.<br><br>Technology Solutions, Inc.; Cathy G. Lanier; and Randy D. Lanier,<br><br>        Defendants. | C/A No. 3:13-cv-01318-JFA<br><br><br>**ORDER** |

This matter comes before this court on a request for entry of default judgment filed by the plaintiff, Branch Bank and Trust Company ("Plaintiff"), pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure. ECF No. 97. Specifically, Plaintiff seeks a judgment in favor of Plaintiff against Technology Solutions, Inc., ("Defendant") in the amount of $648,833.24. *Id.* The Clerk of Court made an entry of default against Defendant on September 9, 2013, for failure to file a responsive pleading or to make another appearance in the case. ECF No. 68.

Rule 55(b)(1) provides, "If the plaintiff's claim is for a sum certain or a sum that can be made certain by computation, the clerk—on the plaintiff's request, with an affidavit showing the amount due—must enter judgment for that amount and costs against a defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person." Fed. R. Civ. P. 55(b)(1).

After carefully considering the evidence, the court finds that Plaintiff has proved that a sum certain is owed by Defendant to Plaintiff, and, thus, Plaintiff is entitled to default judgment. Accordingly, this court directs the Clerk of Court to enter judgment for Plaintiff and against

1

2

Defendant in the amount of SIX HUNDRED FORTY-EIGHT THOUSAND, EIGHT HUNDRED THIRTY-THREE AND 24/100 DOLLARS ($648,833.24).

    IT IS SO ORDERED.

December 17, 2013                                      Joseph F. Anderson, Jr.
Columbia, South Carolina                      United States District Judge