IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Branch Banking and Trust Company, | C/A: 3:13-1318-JFA |
| Plaintiff, | |
| vs. | ORDER |
| Technology Solutions, Inc.; Cathy G. Lanier; and Randy D. Lanier, | |
| Defendants. | |

The document styled "Objection to Default Judgment and Motion to Strike" filed by defendants appears to be a motion asking the court to reconsider its default judgment entered on December 17, 2013. Finding that the defendants have advanced no information not already known by this court at the time the default was entered, the motion (ECF No. 122) is denied.

IT IS SO ORDERED.

January 8, 2014
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge